AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America <br> v. <br> Howard Dewayne White <br><br> Defendant(s) | ) ) ) ) ) ) ) )  Case No.  18-MJ-00071 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 9, 2018 to present__ in the county of __Rapides Parish__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 922(g) | Possession of a firearm ammunition by a prohibit person. |

This criminal complaint is based on these facts:
See Attachment A

☐ Continued on the attached sheet.

TFC [signature]
*Complainant's signature*

TIMOTHY J. LEDET OR
*Printed name and title*
TFO FBI

Sworn to before me and signed in my presence.

Date: 8/9/18 8:57 a.m.

[signature]
*Judge's signature*

City and state: Alexandria, LA

Joseph H.L. Perez-Montes
*Printed name and title*