## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

I, Timothy J. Ledet, Jr., under oath state:

I, your affiant, am a Louisiana State Police Trooper First Class, employed by the Louisiana State Police, and have been so employed since September 28, 2008. I am currently assigned to the Region III Narcotics/Alexandria Field Office, and have been so assigned since October 2012. I have also been assigned to the Federal Bureau of Investigation's (FBI) Cenla Safe Streets Task Force since January 2014. Before being employed by the Louisiana State Police, I was employed by the Pineville City Police Department for 1.5 years and was assigned to Patrol Division. Your affiant attended the Alexandria Regional Police Academy and the Louisiana State Police Training Academy, as well as numerous schools related to criminal and narcotics investigations. Your affiant obtained a Bachelor's Degree in Criminal Justice from Northwestern State University in December 2006.

Your affiant has made hundreds of warrant and probable cause arrests in his career, and testified in both state and federal court numerous times regarding those criminal arrests. Your affiant has investigated numerous cases involving the distribution or possession with intent to distribute narcotics, and has seized illicit drugs, currency and vehicles as a result of those investigations. Your affiant has been the affiant on numerous documents in both state and federal court in the past.

This affidavit is made in support of an application for an arrest warrant for **Howard Dewayne WHITE ("WHITE")**, black male, date of birth (DOB) July 2,

1979, Louisiana driver's license number 007632984, 105 Hillsdale Drive, Pineville, LA.

## FACTS AND CIRCUMSTANCES

### Background Information

In January 2018, CLASS (Central Louisiana Area Safe Streets Task Force) began a heroin distribution investigation in and around Alexandria, Louisiana. **WHITE** was identified as an individual distributing heroin in Central Louisiana. A review of **WHITE's** Louisiana criminal history showed that he is a convicted felon, prohibited from owning or possessing a firearm. **WHITE's** last term of incarceration or supervised released ended on May 15, 2009, from a felon in possession of a firearm conviction in Grant Parish.

### Search Warrant

On August 2, 2018, United States District Judge Dee D. Drell authorized a search warrant for 105 Hillsdale Drive, Pineville, LA 71360 in reference to violations of Title 21, United States Code Sections 841(a)(1) and Sections 846, conspiracy to possess with intent to distribute a controlled dangerous substance. In addition to drug evidence, agents also listed in the items to be seized any firearms and ammunition, due to **WHITE** being a convicted felon.

On August 9, 2018, at approximately 5:40 a.m., agents and officers executed the above described search warrant at 105 Hillsdale Drive, Pineville, LA. During the execution of the search warrant, **WHITE**, along with his girlfriend and four children, were located at the residence. All occupants were advised that they were

free to leave and that they were not under arrest. **WHITE's** girlfriend, Lauren BOYD, and the four children departed from the residence; however, **WHITE** wanted to remain while the search was conducted.

During a search of the residence and property, agents located a .45 caliber HiPoint semi-automatic firearm in a shed in the backyard. The firearm only containing a partial serial number. Near the firearm was a detachable box magazine containing eight rounds of .45 caliber ammunition. Also located in the shed were two ammunition boxes containing ninety-three (93) .45 caliber rounds.

While agents were searching the residence, **WHITE**, who was not restrained and was not in custody, indicated that he had a firearm in his shed due to a recent break in at his residence. When **WHITE** was reminded that he was a convicted felon prohibited from owning or possessing a firearm, he indicated that he knew he was not allowed that but that he wanted it due to the recent break in.

Due to the above stated facts, agents believe **WHITE** possessed a firearm as a convicted felon in the Western District of Louisiana, in violation of Title 18, U.S.C. 922(g) possession of a firearm or ammunition by a prohibited person.

_____
Timothy J. Ledet, Jr.
Task Force Officer
Federal Bureau of Investigation


SWORN AND SUBSCRIBED to before me this _____ day of August 2018.

_____
JOSEPH H. L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE