RECEIVED
AUG 22 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.:_____ |
| | * | |
| VERSUS | * | 1:18-cr-00221 |
| | * | Judge Drell |
| REX COUNTEE, JR. (01) | * | Magistrate Perez-Montes |
| HOWARD DEWAYNE WHITE (02) | * | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1)
(Conspiracy to Possess with Intent to Distribute Heroin)

Beginning on or about March of 2018, and continuing until on or about August 15, 2018 in the Western District of Louisiana, the defendants, REX COUNTEE, JR., and HOWARD DEWAYNE WHITE, did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons known and unknown to the grand jury: to knowingly and intentionally possess with the intent to distribute, and to distribute heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C); and of Title 21, United States Code, Section 846. [21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846].

### COUNT 2
Possession with Intent to Distribute Heroin
[21 U.S.C. §§ 841(a)(1) & (b)(1)(C)]

Between on or about August 9, 2018 and August 13, 2018, in the Western District of Louisiana, the defendant, REX COUNTEE, JR., did knowingly and intentionally possess with the intent to distribute heroin, a Schedule I controlled

substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). [21 U.S.C. §§ 841(a)(1) & (b)(1)(C)].

## COUNT 3
Possession of a Firearm by a Convicted Felon
18 U.S.C. § 922(g)(1)

On or about August 9, 2018, in the Western District of Louisiana, the defendant, HOWARD DEWAYNE WHITE, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a HiPoint, model: JHP; .45 caliber semi-automatic pistol, and ammunition, all in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

## FORFEITURE NOTICE

The allegations in Count 1 through 3 are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853; Rule 32.2(a) of the Federal Rules of Criminal Procedure; and Title 18, United States Code, Section 924(d).

A. Upon conviction of the controlled substances offenses alleged in Count 1 and 2 set forth above in this Indictment, REX COUNTEE, JR. and HOWARD DEWAYNE WHITE, shall forfeit to the United States all of their interest in:

1. Any property consisting or derived from proceeds the defendants obtained directly or indirectly as the result of said violations as set forth in this Indictment; and,

2. Any property used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violation.

2

B. By virtue of the offense charged in this indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

C. If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third person;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

D. Upon conviction of the firearm offense alleged in Count 3 set forth above in this Indictment, the defendant, HOWARD DEWAYNE WHITE, shall forfeit to the United States the following items seized by law enforcement officers:

a) HiPoint, model: JHP; caliber .45, pistol; and
b) .45 caliber rounds of ammunition.

E. By virtue of the offense charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the

3

United States pursuant to the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 924(d).

All in accordance with Title 21, United States Code, Section 853; Rule 32.2(a) of the Federal Rules of Criminal Procedure; and Title 18, United States Code, Section 924(d).

A TRUE BILL

*REDACTED*

_____
GRAND JURY FOREPERSON

DAVID JOSEPH
United States Attorney

By _John Aaron Crawford_____
JOHN AARON CRAWFORD, #31682
Assistant United States Attorney
300 Fannin Street, Suite 3021
Shreveport, Louisiana 71101
(318) 676-3600